**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

April 15, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM _____

DEPUTY

| | | |
|---|---|---|
| **MARLEN CUBA DE LA CRUZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| v. | § | **NO. SA-26-CV-69-OLG** |
| | § | |
| **TODD M. LYONS** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Respondents' Advisory (Dkt. No. 11), wherein they assert that they plan to release Petitioner from custody. *See* Dkt. No. 11. They also assert that, once confirmed, they will provide an "update for the Court." *Id.* To date, Respondents have provided no such update. However, it appears that Petitioner has—in fact—been released from custody. *See* Online Detainee Locator System.

**IT IS THEREFORE ORDERED** that, by **Friday, April 17, 2026**, Respondents shall provide a status report regarding Petitioner's detention. That report shall include documentary evidence of Petitioner's release from custody, if any such evidence exists.

It is so **ORDERED**.

**SIGNED** on April 15, 2026.

_____

ORLANDO L. GARCIA
United States District Judge